

**Kent & Risley LLC**

5755 N Point Parkway Ste 57
Alpharetta, GA  30022
www.KentRisley.com

**Cortney S. Alexander**
*Partner*
(404) 855-3867
cortneyalexander@kentrisley.com

September 13, 2021

BY ECF and EMAIL

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Diatek Licensing LLC v. Fox Broadcasting Company, LLC,* 1:21-cv-07247-JPC

Dear Judge Cronan:

    We represent Plaintiff Diatek Licensing LLC in the above-referenced litigation. Pursuant to Rule 3.B of the Court's Individual Practices, we write at the request of Defendant Fox Broadcasting Company, LLC to respectfully request a thirty (30) day extension of the date for Defendant to respond to the complaint. The current due date for Defendant's response to the complaint is September 20, 2021, and the due date under the proposed extension would be October 20, 2021. This is Defendant's first request for an extension.

    Defendant has indicated to Plaintiff's counsel that the extension is requested to allow Defendant sufficient time to review the allegations in the complaint. Plaintiff is not opposed to the extension.

    Respectfully,

    Cortney S. Alexander

cc:   Christine Lehman (Counsel for Defendant)
       All Counsel of Record (via ECF)

This request is granted. The Defendant shall answer, or otherwise respond to, the Complaint by October 20, 2021.

SO ORDERED.
Date: September 13, 2021
New York, New York

JOHN P. CRONAN
United States District Judge